# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,

v.                                             Misc. Action No.

CHARLES R. HUNTER,

    Respondent.

---

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

---

    The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorneys, Jerome F. Gorgon Jr., United States Attorney for the Eastern District of Michigan, and Bradley H. Darling, Assistant United States Attorney, avers to this Court as follows:

    1.     This action is brought pursuant to the provisions of Sections 7402(b) and 7604(a) of the Internal Revenue Code, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

    2.     Michael Bryant is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Central

Compliance Area, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulations, 26 C.F.R. § 301.7602-1.

3. The respondent, Charles R. Hunter, resides or is found at 1210 Morse Avenue, Apt. 1, Royal Oak, MI 48067-4550, within the jurisdiction of this Court.

4. Revenue Officer Michael Bryant is conducting an investigation into the tax liability of Charles R. Hunter for the taxable periods ending December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2016, December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024. Exhibit A – Bryant Decl., ¶ 2.

5. The respondent, Charles R. Hunter, is in possession and control of testimony and other documents concerning the above-described investigation.

6. On June 20, 2025, an Internal Revenue Service summons was issued by Revenue Officer Michael Bryant directing the

respondent, Charles R. Hunter, to appear before Revenue Officer Michael Bryant on July 8, 2025, at 10:00 a.m., at the IRS office located at 1270 Pontiac Road, Suite 100, Pontiac, MI 48340-2238, to give testimony and produce books, records, and other data described in the summons. *Id.* at ¶¶ 3–4; Exhibit B – Summons.

7. An attested copy of the summons was served by personal delivery on the respondent, Charles R. Hunter, by Michael Bryant on June 20, 2025. Exhibit B – Summons, 2.

8. Charles R. Hunter did not appear for the July 8, 2025, meeting in response to the summons. Exhibit A – Bryant Decl., ¶ 5.

9. On July 21, 2025, a "last chance letter" was sent to Charles R. Hunter by regular and certified mail by the IRS Office of Division Counsel proposing an alternate date to comply with the summons, scheduled for 9:00 A.M. on August 13, 2025, at the IRS office located in Pontiac, MI. *Id.* at ¶ 6; Exhibit C – Last Chance Letter.

10. Charles R. Hunter did not appear on the alternate compliance date in response to the last chance letter. Exhibit A – Bryant Decl., ¶ 7.

11. The books, papers, records, other data sought by the summons are not already in possession of the Internal Revenue Service. Charles R. Hunter's failure to comply with the summons continues to date.

12. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

13. It is necessary to examine the books, papers, records, or other data sought by the summons in order to properly investigate the Federal tax liability of Charles R. Hunter for the following taxable periods: December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2016, December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024, as is evidenced by the declaration of Michael Bryant. Exhibit A – Bryant Decl.

WHEREFORE, the United States respectfully requests:

A. That this Court enter an order directing the respondent, Charles R. Hunter, to show cause, if any, why respondent should not

comply with and obey the aforementioned summons and each and every requirement thereof;

  B. That the Court enter an order directing the respondent, Charles R. Hunter, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Michael Bryant or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Michael Bryant, or any other proper officer or employee of the Internal Revenue Service;

  C. That the Court award the United States costs; and

  D. That the Court grant such other and further relief as it deems just and proper.

          **Jerome F. Gorgon Jr.**
          United States Attorney

          */s/ Bradley H. Darling*
          **Bradley H. Darling** (P63176)
          Assistant United States Attorney
          211 W. Fort Street, Suite 2001
          Detroit, Michigan 48226
          (313) 226-9137
Dated: March 13, 2026     bradley.darling@usdoj.gov